IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MADELINE RICE, | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | |
| GRIMM BROTHERS REALTY COMPANY, et al., | : | NO. 15-1405 |
| | : | |
| **Defendants.** | : | |
| | : | |

## ORDER

**AND NOW**, this __21st___ day of January, 2016, upon consideration of Defendant Gary Grimm's Motion to Dismiss (Doc. 2) and Plaintiff's Response in Opposition (Doc. 4), **IT IS HEREBY ORDERED** that Defendant's Motion is **GRANTED** and that the Complaint is dismissed with prejudice as to Defendant Gary Grimm.

BY THE COURT:

/s/ Petrese B. Tucker
_____

**Hon. Petrese B. Tucker, C.J.**