IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MADELINE RICE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | |
| GRIMM BROTHERS REALTY COMPANY, et al., | : | NO. 15-1405 |
| | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

**AND NOW**, this __21st___ day of January, 2016, upon consideration of Defendant Seth Daniels, Esquire's Motion to Dismiss (Doc. 3) and Plaintiff's Response in Opposition (Doc. 5), **IT IS HEREBY ORDERED** that Defendant's Motion is **GRANTED IN PART AND DENIED IN PART** as follows:

1. Defendant's Motion is **GRANTED** insofar as the Complaint alleges violations of 15 U.S.C. §§ 1692e(2)(A) and 1692f(1) and the accompanying Pennsylvania Fair Credit Extension Uniformity Act provisions.

2. Defendant's Motion is **DENIED** insofar as the Complaint alleges violations of 15 U.S.C. §§ 1692e(10) and 1692g and the accompanying Pennsylvania Fair Credit Extension Uniformity Act provisions.

BY THE COURT:

/s/ Petrese B. Tucker
_____
Hon. Petrese B. Tucker, C.J.